FILED

01/24/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0644

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA-24-0644

---

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DONALD LEE AFTEM,

      Defendant and Appellant

---

## ORDER

---

Upon consideration of the Appellant's Unopposed Motion, and good cause appearing,

IT IS HEREBY ORDERED:

1. Appellant's Motion is GRANTED;

2. Appellant will have until end of day on February 26, 2025, to file their Opening Brief with the Court.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 24 2025